LOCKE LORD LLP
Regina J. McClendon (State Bar No. 184669)
rmcclendon@lockelord.com
Jonathan S. Lieberman (State Bar No. 278058)
jlieberman@lockelord.com
44 Montgomery Street, Suite 2400
San Francisco, CA  94104
Telephone:  415-318-8810
Fax:  415-676-5816

Attorneys for Defendants
CITIMORTGAGE, INC., CITIBANK, NA,
CITIGROUP, INC., and CR TITLE SERVICES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY BRAUER,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>CITIMORTGAGE, INC., CITIBANK, NA, CITIGROUP, INC., CR TITLE SERVICES, INC. and DOES 1-50, inclusive,<br><br>　　　　　　　Defendants. | CASE NO. 2:13-cv-01207-LKK-AC<br><br>Hon. Lawrence K. Karlton<br><br>**ORDER GRANTING THE JOINT APPLICATION OF THE PARTIES TO EXTEND BY THIRTY DAYS THE TIME WITHIN WHICH DEFENDANTS MUST RESPOND TO PLAINTIFF'S COMPLAINT** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

The Court, having considered the Parties' Joint Application to Extend by Thirty Days the Time Within Which Defendants CITIMORTGAGE, INC., CITIBANK, NA, and CITIGROUP, INC. (collectively, "Defendants") Must File Their Response to Plaintiff's Complaint and finding good cause thereon, hereby ORDERS that Defendants shall have an additional thirty (30) days up to and including August 21, 2013 within which to file their response to Plaintiff's Complaint in this action.

IT IS SO ORDERED.


Dated: July 29, 2013


_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2

ORDER GRANTING JOINT APPLICATION TO EXTEND TIME TO RESPOND TO COMPLAINT
*Brauer v. CitiMortgage, Inc. et al.*, Case No. 2:13-cv-01207-LKK-AC