LOCKE LORD LLP
Regina J. McClendon (State Bar No. 184669)
rmcclendon@lockelord.com
Jonathan S. Lieberman (State Bar No. 278058)
jlieberman@lockelord.com
44 Montgomery Street, Suite 2400
San Francisco, CA  94104
Telephone:  415-318-8810
Fax:  415-676-5816

Attorneys for Defendants
CITIMORTGAGE, INC., CITIBANK, NA,
CITIGROUP, INC., and CR TITLE SERVICES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY BRAUER, | ) CASE NO. 2:13-cv-01207-LKK-AC |
| | ) |
| Plaintiff, | ) Hon. Lawrence K. Karlton |
| | ) |
| | ) |
| vs. | ) **ORDER OF DISMISSAL OF ACTION** |
| | ) **WITH PREJUDICE** |
| CITIMORTGAGE, INC., CITIBANK, NA, | ) |
| CITIGROUP, INC., CR TITLE SERVICES, | ) |
| INC. and DOES 1-50, inclusive, | ) |
| | ) |
| Defendants. | ) |
| | ) |

[PROPOSED] ORDER OF DISMISSAL OF ACTION WITH PREJUDICE
*Brauer v. CitiMortgage, Inc. et al.*, Case No. 2:13-cv-01207-LKK-AC

2

The Court, having read and considered the Stipulation of Dismissal with Prejudice by and between Plaintiff Wendy Brauer ("Plaintiff") and Defendants CitiMortgage, Inc., Citibank, NA, Citigroup, Inc., and CR Title Services, Inc. (collectively "Defendants") (Plaintiffs and Defendants are collectively, the "Parties"), and good cause appearing therefore, hereby ORDERS that:

1.      This action, and each and every claim asserted in the action, is dismissed in its entirety;

2.      The dismissal is with prejudice; and

3.      Each of the Parties shall bear its own attorney's fees and costs.

**IT IS SO ORDERED.**


Dated:  August 22, 2013.

```
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT
```

2

[PROPOSED] ORDER OF DISMISSAL OF ACTION WITH PREJUDICE
*Brauer v. CitiMortgage, Inc. et al.*, Case No. 2:13-cv-01207-LKK-AC